*741 EDITH H. JONES, Circuit Judge,
concurring:
I concur in this good opinion, emphasizing only the narrowness of our holding on DTPA liability. First, the statute was significantly amended with respect to attorneys after the events before us occurred; our opinion doesn’t bear on the amended law. Second, there was sufficient, if not overwhelming, evidence for the jury to find that actual misrepresentations not amounting to mere statements of legal opinion were made to the plaintiff. Third, I would not rely on the alleged undisclosed conflict of interest between the lawyers’ desire to capitalize on the mother’s lawsuit against Parker and the presumably less-legally-remunerative attempt by the daughters to make Parker pay their taxes. Not only were the clients fully aware of Parker’s financial condition, it also seems evident that mother and daughters were presenting a united front against Parker. There was no conflict of interest from the attorneys’ standpoint, rather, a misguided attempt at a pincer strategy.